IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | | 8:99CV0315 |
| PAUL F. SEGER, KAREN M. SEGER,)<br>DOUGLAS W. MATSCHULLAT, and )<br>HELEN SUE MATSCHULLAT, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | | 4:99CV3056 |
| TIMOTHY M. GRAY and MARGARET )<br>S. GRAY, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | | 4:99CV3154 |
| LAZY HORSESHOE RANCH, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____) | | 4:99CV3153<br><br>ORDER |

IT IS ORDERED that a conference shall be held in the above matters on:

**Thursday, March 6, 2008, at 1:30 p.m.**

The parties may participate by telephone by notifying the chambers of the undersigned.  Representatives of each party shall be prepared to discuss a progression schedule for the resolution of these matters.

DATED this 14th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court